UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAUDEL BRAVO, *individually and on behalf of others similarly situated*,

                Plaintiff,

-v.-

ROCKY'S PIZZA 14TH STREET CORP., *d/b/a* Rocky's Pizza, FERNANDO MATEO, DONATO DOE, JOHN DOE, ELI DOE,

                Defendants.

20 Civ. 9100 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The Court has been informed that mediation was not held in this matter because the parties have reached agreement on all issues. All deadlines and conferences are hereby adjourned *sine die*. The parties shall provide a joint submission by **March 30, 2021**, as to why the Court should accept the settlement pursuant to *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      SO ORDERED.

Dated:    March 9, 2021
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge