UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BAUDEL BRAVO, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

ROCKY'S PIZZA 14TH STREET CORP. (D/B/A ROCKY'S PIZZA), FERNANDO MATEO, DONATO DOE, JOHN DOE, and ELI DOE,

                Defendants
---------------------------------------------------------X

**Case** 1:20-cv-09100-KPF

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO: **Kevin Brian Faga**
      Kevin B. Faga, Esq., PC
      1133 Westchester Avenue
      Suite N-202
      White Plains, NY 10604
      914-358-1373
      Email: kevin@kevinbfaga.com

     PLEASE TAKE NOTICE that Plaintiff BAUDEL BRAVO hereby accepts the offer of judgment made by Defendants ROCKY'S PIZZA 14TH STREET CORP. (D/B/A ROCKY'S PIZZA), DONATO DOE, JOHN DOE, and ELI DOE pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated March 10, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.
.

Dated: New York, New York
          March 15, 2021

Respectfully submitted,

*/s/Michael Faillace*
Michael Faillace, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
212-317-1200