UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BAUDEL BRAVO, *individually and on behalf of others similarly situated*,

              Plaintiff,

              -against-

ROCKY'S PIZZA 14TH STREET CORP. (D/B/A ROCKY'S PIZZA), FERNANDO MATEO, DONATO DOE, JOHN DOE, and ELI DOE,

              Defendants.
---------------------------------------------------------X

Case: 1:20-cv-09100-KPF

**JUDGMENT**

    On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff BAUDEL BRAVO, has a judgment against Defendants ROCKY'S PIZZA 14TH STREET CORP. (D/B/A ROCKY'S PIZZA), DONATO DOE, JOHN DOE, and ELI DOE, (collectively "Defendants"), jointly and severally, in the amount of $21,400, (Twenty One Thousand, Four Hundred Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.
.

    Dated: _____, 20\_\_    SO ORDERED,

                                                     _____