UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BAUDEL BRAVO, *individually and on behalf of others similarly situated*,

               Plaintiff,

-v.-

ROCKY'S PIZZA 14TH STREET CORP. (D/B/A ROCKY'S PIZZA), FERNANDO MATEO, DONATO DOE, JOHN DOE, and ELI DOE,

               Defendants.
-----------------------------------------------------------X

Case: 20 Civ. 9100 (KPF)

**JUDGMENT**

On March 15, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff BAUDEL BRAVO, has a judgment against Defendants ROCKY'S PIZZA 14TH STREET CORP. (D/B/A ROCKY'S PIZZA), DONATO DOE, JOHN DOE, and ELI DOE, (collectively "Defendants"), jointly and severally, in the amount of $21,400, (Twenty One Thousand, Four Hundred Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.
.

Dated: April 5, 2021
       New York, New York

SO ORDERED.

_____
Honorable Katherine Polk Failla
United States District Judge