UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BAUDEL BRAVO, *individually and on behalf of others similarly situated*,

            Plaintiff,

-against-

ROCKY'S PIZZA 14TH STREET CORP. (D/B/A ROCKY'S PIZZA), FERNANDO MATEO, DONATO DOE, JOHN DOE, and ELI DOE,

            Defendants.
---------------------------------------------------------X

Case: 1:20-cv-09100-KPF

**STIPULATION OF DISMISSAL (FRCP 41(A)) AND ORDER OF DISMISSAL**

Plaintiff BAUDEL BRAVO and Defendant FERNANDO MATEO hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: 6/29/21

By: _____
James McCartney, Esq.
Michael Faillace & Associates P.C.
60 E 42nd St #4510
10165
New York, NY 70808
212-317-1200
Email: jmccartney@faillacelaw.com

Dated: 6/28/2021

By: _____
Kevin Brian Faga
Kevin B. Faga, Esq., PC
1133 Westchester Avenue
Suite N-202
White Plains, NY 10604
914-358-1373
Fax: 914-358-1381
Email: kevin@kevinbfaga.com

Application GRANTED.  The Clerk of Court is directed to terminate this case.

SO ORDERED.

Dated: June 29, 2021
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE